

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE
# ELECTRONIC FILING REGISTRATION FORM

## *FOR ATTORNEYS IN MULTI-DISTRICT LITIGATION (MDL) CASES*
## *WHO ARE NOT ADMITTED TO THE BAR OF THIS COURT*

Instructions: An attorney of record in a case transferred to Delaware (that is part of a Multi-District Litigation (MDL) action), who is NOT a member of the bar of this Court, may register for ECF on a case-by-case basis. Please submit an original signed registration form to the Clerk's Office to request an ECF account. Once issued, a user ID and password will be valid for electronic filing and noticing in this MDL and below noted Dist. of DE case(s) only:

### (Please Print or Type all information)

MDL CAPTION:                                    DIST. OF DE
IN RE: _____        MDL CA # _____

PARTY( or PARTIES)
RESPRESENTED: _____

_____

DELAWARE CASE(S) CA # _____

_____

Internet E-Mail Address: _____ (Print clearly)

Last Name: _____ Generation: (e.g., Jr., Sr.) _____

First Name: _____ Middle Initial: _____

Firm's Name: _____

Address: _____

City: _____ State: _____ Zip Code: _____

Phone No.: _____ Do you have a PACER Account (required)?     Yes    No

By submitting this form, I hereby agree to abide by all District of Delaware rules, orders, policies and procedures governing the use of ECF. I have independently reviewed both the ECF User's Manual and Civil Tutorial on the Court's web site. I consent to receive service of documents and notice of filings by electronic means via ECF in the circumstances permitted under those guidelines. I understand that the combination of user ID and password will serve as the signature of the attorney filing the document. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect that my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk's Office if there is a change in my personal data, such as name, e-mail address, firm address, phone number, etc. I further understand that my user ID and password are valid for this MDL action only.

_____          _____
Signature                                  Date

| **\* PRINT, SIGN and SCAN this completed form as an e-mail attachment (pdf), and E-mail to:** | **COURT USE ONLY:**  (ECF MDL Atty. Reg. Form - Rev. 8/10) |
|---|---|
| BarMemberECFRegForm@ded.uscourts.gov <br> **Subject: Bar Member ECF Registration** <br> (Paper courtesy copy NOT required) | DATE REGISTRATION FORM RECEIVED: _____ |
| Clerk, U.S. District Court for the District of Delaware <br> ATTN: ECF Registration, Room 4209 <br> 844 N. King Street, Unit 18 Website: ded.uscourts.gov <br> Wilmington, DE 19801 Help Desk: (302) 573-6170 | USER ID: _____ PASSWORD: _____ <br><br> DATE ISSUED: _____ BY: _____ <br><br> E-MAIL NOTICE SENT: _____ BY: _____ |